FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| AUDDIE KARL SCHRACK,<br><br>    Petitioner,<br><br>v.<br><br>M. KNOWLES, Warden,<br><br>    Respondent. | No. EDCV 07-0160-AG (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, all the records and files herein, the Magistrate Judge's Report and Recommendation, and the objections to the Report and Recommendation that have been filed herein. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: Dec. 28, 2007

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE