FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| AUDDIE KARL SCHRACK,<br><br>    Petitioner,<br><br>v.<br><br>M. KNOWLES, Warden,<br><br>    Respondent. | No. EDCV 07-0160-AG (AGR)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation,

    IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: Dec. 28, 2007

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE